**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 01-31176
_____

STEVE H. CROOKS; ERA LEA CROOKS; THURSTON M. BEADLE,

Plaintiffs-Appellants,

versus

PLACID OIL CO.; LOUISIANA HUNT PETROLEUM CORP.; HUNT
PETROLEUM CORP.; GALE NORTON, Secretary of the United
States Department of the Interior; UNITED STATES OF
AMERICA,

Defendants-Appellees.

_____

Appeal from the United States District Court
For the Western District of Louisiana
(No. 00-CV-1324)
_____

September 9, 2002

Before REAVLEY, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the record and the briefs, we affirm

for essentially the reasons given by the district court.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.